**Chevy Ramat SHIVAEE, Plaintiff–Appellant,**

v.

**E.M. CUBE, M.D., Defendant–Appellee.**

No. 01–6315.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 7, 2001.

Chevy Ramat Shivaee, pro se.

George W. Wooten, Peter Duane Vieth, Wooten & Hart, P.C., Roanoke, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Chevy Ramat Shivaee appeals the district court's order denying his Fed. R.Civ.P. 60(b) motion to reconsider a prior

---

§ 636(c)(1) (West 1993 & Supp.2000).

order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Shivaee v. Cube,* No. CA–98–780–7 (W.D.Va. Feb. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*